IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISRAEL WILLIAMS, JR., ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:06-CV-2074-K |
| ) | ECF |
| NATHANIEL QUARTERMAN, ) | |
| Director TDCJ-CID, ) | |
|     Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Petitioner's Objections to the Findings, Conclusions and Recommendation of the Magistrate Judge, filed on April 11, 2008, are hereby **OVERRULED**.

**SO ORDERED.**

Signed this 14th day of April, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE